UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOEWEALTH MATIAS | § | CIVIL ACTION NO. 2:09-CV-3256 |
| | § | |
| | § | |
| VERSUS | § | SECTION "I", MAGISTRATE (1) |
| | § | |
| TAYLORS INTERNATIONAL SERVICES, INC., GLOBAL SEAWAYS (PANAMA), INC., TARGET LOGISTICS, INC., MAINFREIGHT LIMITED, WILHELMSEN SHIP SERVICE, INC., BARWIL AGENCIES (N.A.), INC., and N.D. SHIPPING AGENCY & ALLIED SERVICES, INC. | § § § § § § § | JUDGE LANCE M. AFRICK<br><br>MAGISTRATE SALLY SHUSHAN |

### ANSWER OF
### WILHELMSEN SHIP SERVICE, INC.
### TO PLAINTIFF'S COMPLAINT

**NOW INTO COURT,** through undersigned counsel, comes defendant, Wilhelmsen Ship Service, Inc., formerly known as Barwil Agencies (N.A.), Inc. ("Wilhelmsen"), who answers plaintiff's Complaint as follows:

**FIRST DEFENSE**

The plaintiff's Complaint fails to state a claim against Wilhelmsen upon which relief can be granted.

1

## SECOND DEFENSE

The plaintiff's suit is time-barred by the statute of limitations and/or prescription and/or laches.

## THIRD DEFENSE

Answering the individually numbered allegations in the plaintiff's Complaint, Wilhelmsen avers that the allegations contained in Paragraphs I and IX state conclusions of law and therefore require no answer, however, if this Honorable Court requires one, same are denied; denies the allegations contained in Paragraph II for lack of sufficient knowledge or information upon which to form a belief as to the truth contained therein; in response to the allegations of Paragraph III, Wilhelmsen denies that it employed the plaintiff and avers that the remaining allegations state a conclusion of law and therefore require no answer, however, if this Honorable Court requires one, same is denied; and denies the allegations contained in Paragraphs IV, V, VI, VII, VIII, X, XI, XII, XIII, XIV and XV.

## FOURTH DEFENSE

Wilhelmsen avers that plaintiff's accident, injuries and/or illness, if any, were caused or occasioned by the fault or neglect of parties for whom this defendant is not legally responsible.

## FIFTH DEFENSE

Wilhelmsen avers that plaintiff's accident, injuries and/or illness, if any, were caused or occasioned by the usual and ordinary risks of this employment and by other known risks which the plaintiff voluntarily assumed.

### SIXTH DEFENSE

Wilhelmsen avers that plaintiff's present and prospective medical, physical and mental conditions are not the result of an incident or incidents which occurred while he was working on the M/V DREAM PRINCESS.

### SEVENTH DEFENSE

Wilhelmsen avers that the plaintiff has no cause of action against it pursuant to the Jones Act (46 U.S.C. § 30104) and/or LHWCA (33 U.S.C. § 905(b)) as it did not employ the plaintiff and/or own and/or operate the M/V DREAM PRINCESS.

### EIGHTH DEFENSE

Wilhelmsen denies that it owes the plaintiff maintenance and cure benefits and/or worker's compensation benefits as it did not employ the plaintiff.

### NINTH DEFENSE

Wilhelmsen avers that the plaintiff has no cause of action against it pursuant to the General Maritime law for the unseaworthiness of the vessel and/or under any other legal theory as it was merely the agent and not the shipowner or operator of the vessel.

### TENTH DEFENSE

Wilhelmsen requests a trial by jury on all issues.

**WHEREFORE,** defendant, Wilhelmsen Ship Service, Inc., formerly known as Barwil Agencies (N.A.), Inc., prays that plaintiff's Complaint be dismissed, with prejudice, at plaintiff's cost. Wilhelmsen further requests a trial by jury on all issues herein.

Respectfully submitted,

**FRILOT L.L.C.**

/s/ *James R. Silverstein*
**JAMES R. SILVERSTEIN (#12074), T.A.**
**ANDREW S. deKLERK (#1045)**
**THOMAS J. BETHUNE, IV (#28313)**
1100 Poydras Street, Suite 3700
New Orleans, LA  70163
Telephone:       (504) 599-8013
Facsimile:        (504) 599-8113
Email:              jsilverstein@frilot.com
**Counsel for Defendant,**
**Wilhelmsen Ship Service, Inc.**

### CERTIFICATE OF SERVICE

    This pleading has been electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel who are CM/ECF participants.  According to the CM/ECF docket sheet, all parties to this civil action receive electronic notification.  Done on **July 10, 2009**.

/s/  James  R.  Silverstein
**JAMES R. SILVERSTEIN**