UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOEWEALTH MATIAS | CIVIL ACTION NO. 2:09-CV-3256 |
| VERSUS | SECTION "I", MAGISTRATE (1) |
| TAYLORS INTERNATIONAL SERVICES, INC., GLOBAL SEAWAYS (PANAMA), INC., TARGET LOGISTICS, INC., MAINFREIGHT LIMITED, WILHELMSEN SHIP SERVICE, INC., BARWIL AGENCIES (N.A.), INC., and N.D. SHIPPING AGENCY & ALLIED SERVICES, INC. | JUDGE LANCE M. AFRICK  MAGISTRATE SALLY SHUSHAN |

**WILHELMSEN SHIP SERVICE, INC.'S
SUPPLEMENTAL ANSWER
TO PLAINTIFF'S COMPLAINT**

**NOW INTO COURT,** through undersigned counsel, comes defendant, Wilhelmsen Ship Service, Inc., formerly known as Barwil Agencies (N.A.), Inc. ("Wilhelmsen"), who supplements its Answer to plaintiff's Complaint as follows:

**ELEVENTH DEFENSE**

The plaintiff has failed to mitigate his damages and, accordingly, Wilhelmsen pleads the Doctrine of Avoidable Consequences.

## TWELFTH DEFENSE

Wilhelmsen avers that the plaintiff's accident and injuries, if any, were caused by an unforeseeable and/or unavoidable accident and/or illness for which defendant cannot be held responsible.

## THIRTEENTH DEFENSE

Wilhelmsen is entitled to a set off and/or credit for all payments made to or on behalf of plaintiff by any other source, collateral or otherwise.

**WHEREFORE,** defendant, Wilhelmsen Ship Service, Inc., formerly known as Barwil Agencies (N.A.), Inc., prays that plaintiff's Complaint be dismissed, with prejudice, at plaintiff's cost. Wilhelmsen further requests a trial by jury on all issues herein.

Respectfully submitted,

**FRILOT L.L.C.**

/s/ *James R. Silverstein*
**JAMES R. SILVERSTEIN (#12074), T.A.**
**ANDREW S. deKLERK (#1045)**
**THOMAS J. BETHUNE, IV (#28313)**
1100 Poydras Street, Suite 3700
New Orleans, LA  70163
Telephone:      (504) 599-8013
Facsimile:       (504) 599-8113
Email:            jsilverstein@frilot.com
**Counsel for Defendant,**
**Wilhelmsen Ship Service, Inc.**

## **CERTIFICATE OF SERVICE**

      This pleading has been electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel who are CM/ECF participants.  According to the CM/ECF docket sheet, all parties to this civil action receive electronic notification.  Done on **August 18, 2009**.

                                             /s/  James  R.  Silverstein
                                             **JAMES R. SILVERSTEIN**