UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOEWEALTH MATIAS | * | CIVIL ACTION |
| VERSUS | * | NO.: 09-3256 |
| TAYLORS INTERNATIONAL SERVICES, INC., | * | SECTION:    I |
| | * | MAGISTRATE: 4 |
| *     *     *     *     *     *     * | | IN ADMIRALTY/RULE 9(H) |

## ORDER

Considering the foregoing:

IT IS ORDERED that the plaintiff's *Motion for Partial Voluntary Dismissal* is hereby GRANTED.  Plaintiff's claims against Mainfreight Limited are hereby dismissed, with prejudice, reserving unto the plaintiff any and all claims against the remaining defendants herein.

New Orleans, Louisiana, this __4th__ day of __December__, 2009.

_____
UNITED STATES DISTRICT JUDGE