## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOEWEALTH MATIAS | § | CIVIL ACTION NO. 2:09-CV-3256 |
| | § § | |
| VERSUS | § | SECTION "I", MAGISTRATE (4) |
| | § | |
| TAYLORS INTERNATIONAL SERVICES, INC., GLOBAL SEAWAYS (PANAMA), INC., TARGET LOGISTICS, INC., MAINFREIGHT LIMITED, WILHELMSEN SHIP SERVICE, INC., BARWIL AGENCIES (N.A.), INC., and N.D. SHIPPING AGENCY & ALLIED SERVICES, INC. | § § § § § § § | JUDGE LANCE M. AFRICK  MAGISTRATE KAREN WELLS ROBY |

## WILHELMSEN SHIP SERVICE, INC.'S
## ANSWER TO FIRST AMENDED COMPLAINT

**NOW INTO COURT,** through undersigned counsel, comes defendant, Wilhelmsen Ship Service, Inc., ("Wilhelmsen"), who answers plaintiff's First Amended Complaint as follows:

### FIRST DEFENSE

The plaintiff's First Amended Complaint fails to state a claim against Wilhelmsen upon which relief can be granted.

1

## SECOND DEFENSE

Answering the individually numbered allegations in the plaintiff's First Amended Complaint, Wilhelmsen avers that the allegations contained in Paragraph 1 state a conclusion of law and therefore no answer is required, however, if this Honorable Court requires one, same is denied; denies the allegations contained in Paragraphs 2, 3, and 4 for lack of sufficient knowledge or information upon which to form a belief as to the truth contained therein; and denies the allegations contained in Paragraphs 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, and 21.

## THIRD DEFENSE

Wilhelmsen avers that plaintiff's accident, injuries and/or illness, if any, were caused or occasioned by the fault or neglect of parties for whom this defendant is not legally responsible.

## FOURTH DEFENSE

Wilhelmsen avers that plaintiff's accident, illnesses and/or injuries, if any, were caused or occasioned by his own fault or neglect, which is pleaded in bar or diminution of recovery herein.

## FIFTH DEFENSE

Wilhelmsen avers that plaintiff's accident, injuries and/or illness, if any, were caused or occasioned by the usual and ordinary risks of this employment and by other known risks which the plaintiff voluntarily assumed.

### SIXTH DEFENSE

Wilhelmsen avers that plaintiff's present and prospective medical, physical and mental conditions are not the result of an incident or incidents which occurred while he was working on the M/V DREAM PRINCESS.

### SEVENTH DEFENSE

Wilhelmsen avers that the plaintiff has no cause of action against it pursuant to the Jones Act (46 U.S.C. § 30104) and/or LHWCA (33 U.S.C. § 905(b)) as it did not employ the plaintiff and/or own and/or operate the M/V DREAM PRINCESS.

### EIGHTH DEFENSE

Wilhelmsen denies that it owes the plaintiff maintenance and cure benefits and/or worker's compensation benefits as it did not employ the plaintiff.

### NINTH DEFENSE

Wilhelmsen avers that the plaintiff has no cause of action against it pursuant to the General Maritime law for the unseaworthiness of the vessel and/or under any other legal theory as it was merely the agent and not the shipowner or operator of the vessel.

### TENTH DEFENSE

The plaintiff has failed to mitigate his damages and, accordingly, Wilhelmsen pleads the Doctrine of Avoidable Consequences.

### ELEVENTH DEFENSE

Wilhelmsen avers that the plaintiff's accident and injuries, if any, were caused by an unforeseeable and/or unavoidable accident and/or illness for which defendant cannot be held responsible.

## TWELFTH DEFENSE

Wilhelmensen avers that the plaintiff cannot recover for his injuries as he was not in the zone of danger.

## THIRTEENTH DEFENSE

Wilhelmsen is entitled to a set off and/or credit for all payments made to or on behalf of plaintiff by any other source, collateral or otherwise.

## FOURTEENTH DEFENSE

Wilhelmsen requests a trial by jury on all issues.

**WHEREFORE,** defendant, Wilhelmsen Ship Service, Inc., prays that plaintiff's First Amended Complaint and original Complaint be dismissed, with prejudice, at plaintiff's cost. Wilhelmsen further requests a trial by jury on all issues herein.

Respectfully submitted,

**FRILOT L.L.C.**

/s/ *James R. Silverstein*
**JAMES R. SILVERSTEIN (#12074), T.A.**
**ANDREW S. deKLERK (#1045)**
**THOMAS J. BETHUNE, IV (#28313)**
1100 Poydras Street, Suite 3700
New Orleans, LA  70163
Telephone:       (504) 599-8013
Facsimile:        (504) 599-8113
Email:              jsilverstein@frilot.com
**Counsel for Defendant,**
**Wilhelmsen Ship Service, Inc.**

## **CERTIFICATE OF SERVICE**

      This pleading has been electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel who are CM/ECF participants. According to the CM/ECF docket sheet, all parties to this civil action receive electronic notification. Done on **March 5, 2010**.

                                              /s/ James R. Silverstein
                                            **JAMES R. SILVERSTEIN**