UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOEWEALTH MATIAS** | **CIVIL ACTION** |
| **VERSUS** | **No. 09-3256** |
| **TAYLORS INTERNATIONAL SERVICES, INC., ET AL.** | **SECTION I** |

## ORDER

Considering plaintiff's motion for partial voluntary dismissal,[1]

**IT IS ORDERED** that the motion is **GRANTED** and that plaintiff's claims against defendant Target Logistics, Inc. are **DISMISSED WITH PREJUDICE**. **IT IS FURTHER ORDERED** that Target Logistics, Inc.'s motion for summary judgment[2] is **DISMISSED AS MOOT**.

New Orleans, Louisiana, September 8, 2010.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 97.
[2] R. Doc. No. 83.