UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOEWEALTH MATIAS** | § | **CIVIL ACTION NO. 2:09-CV-3256** |
| | § | |
| | § | |
| **VERSUS** | § | **SECTION "I", MAGISTRATE (4)** |
| | § | |
| **TAYLORS INTERNATIONAL SERVICES, INC., GLOBAL SEAWAYS (PANAMA), INC., TARGET LOGISTICS, INC., MAINFREIGHT LIMITED, WILHELMSEN SHIP SERVICE, INC., BARWIL AGENCIES (N.A.), INC., and N.D. SHIPPING AGENCY & ALLIED SERVICES, INC.** | § § § § § § § | **JUDGE LANCE M. AFRICK** **MAGISTRATE KAREN WELLS ROBY** |

**WILHELMSEN SHIP SERVICE, INC.'S
SECOND SUPPLEMENTAL MEMORANDUM IN SUPPORT
OF MOTION FOR SUMMARY JUDGMENT**

**MAY IT PLEASE THE COURT:**

Wilhelmsen Ship Service, Inc. ("Wilhelmsen") submits this Second Supplemental Memorandum in Support of Motion for Summary Judgment in order to reply to the plaintiff's Supplemental Opposition Memorandum. In his pleading, plaintiff, Joewealth Matias, has argued that Wilhelmsen has waived its right to raise prescription as a defense to his conversion claim under Louisiana law.

Wilhelmsen raised the defense of prescription in its initial Answer. (Rec. Doc.9). This pleading was filed on July 10, 2009. There are no requirements that the affirmative defenses be re-urged when answering an Amended Complaint.

Moreover, prescription may be raised in a Motion to Dismiss. *Moore v. Tangipahoa Parish School Board*, 594 F.2d 489 (5th Cir. 1979); *Moore v. Kmart Corp.*, 884 F.Supp. 217

(E.D. La. 1995).  The plaintiff was certainly given notice that Wilhelmsen was raising this defense.

In conclusion, Wilhelmsen urges this Court to find that the plaintiff's conversion claim has prescribed.

Respectfully submitted,

**FRILOT L.L.C.**

/s/ *James R. Silverstein*
**JAMES R. SILVERSTEIN (#12074), T.A.**
**ANDREW S. deKLERK (#1045)**
**THOMAS J. BETHUNE, IV (#28313)**
1100 Poydras Street, Suite 3700
New Orleans, LA  70163
Telephone:	(504) 599-8013
Facsimile:	(504) 599-8113
Email:	jsilverstein@frilot.com
**Counsel for Defendant,**
**Wilhelmsen Ship Service, Inc.**

**CERTIFICATE OF SERVICE**

This pleading has been electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel who are CM/ECF participants.  According to the CM/ECF docket sheet, all parties to this civil action receive electronic notification.  Done on September 29, 2010.

/s/ *James R. Silverstein*
**JAMES R. SILVERSTEIN**
